# Exhibit C



# Inspect: mohipi.xyz

Domain Profile   Screenshot History   **Whois History**   Hosting History   SSL Profile

**2021-07-25** - (a year ago)

| | |
|---|---|
| **Domain** | mohipi.xyz |
| **Record Date** | 2021-07-25 |
| **Registrar** | |
| **Server** | whois.nic.xyz |
| **Created** | |
| **Updated** | |
| **Expires** | |
| **Unique Emails** | • abuse@godaddy.com |

```
Domain Name: MOHIPI.XYZ
Registry Domain ID: D243590262-CNIC
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com/
Updated Date: 2021-07-24T14:18:04.0Z
Creation Date: 2021-07-24T14:18:02.0Z
Registry Expiry Date: 2022-07-24T23:59:59.0Z
Registrar: Go Daddy, LLC
Registrar IANA ID: 146
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registrant Organization:
Registrant State/Province: Guangdong
Registrant Country: CN
Registrant Email: Please query the RDDS service of the Registrar of Record identified in t
Admin Email: Please query the RDDS service of the Registrar of Record identified in this o
Tech Email: Please query the RDDS service of the Registrar of Record identified in this ou
Name Server: NS11.DOMAINCONTROL.COM
Name Server: NS12.DOMAINCONTROL.COM
DNSSEC: unsigned
Billing Email: Please query the RDDS service of the Registrar of Record identified in this
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4805058800
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
```