

1191 Second Avenue  
10th Floor  
Seattle, WA 98101

206.389.4510  
Fenwick.com

Brian D. Buckley  
BBuckley@fenwick.com  |  206.389.4515

March 30, 2023

VIA ECF

Clerk of the Court  
United States District Court  
Western District of Washington  
700 Stewart Street, Suite 2310  
Seattle, WA 98101

Re:     Amazon v. VIVCIC

We represent Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC in this proceeding.

On March 7, 2023, the Court issued General Order 03-23 regarding Counterfeit Enforcement Actions filed by Amazon.  Under that Order, Amazon is required in such actions to file a notice "identifying the matter as a Counterfeit Enforcement Action subject to this General Order."

This action is not a Counterfeit Enforcement Action, but this action and two similar actions also filed today share certain elements with Amazon's Counterfeit Enforcement Actions.  In particular, in these cases Amazon expects to request leave for "pre-service discovery and authority to engage in alternative methods of service on identified defendants."  *See* General Order 03-23 at 2.

Accordingly, Amazon submits this notice in the event the Court deems it appropriate to refer this action to one of the Magistrate Judges designated to oversee service-related issues in the Counterfeit Enforcement Actions.

Respectfully,

FENWICK & WEST LLP

 */s/ Brian D. Buckley*

Brian D. Buckley