THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and entities doing business as the Amazon Brand Registry Account VIVCIC; and DOES 1-10,<br><br>Defendants. | Case No.: 2:23-cv-00486-JHC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR EXPEDITED DISCOVERY** |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC ("Plaintiffs") Motion for Expedited Discovery ("Motion"). The Court has considered Plaintiffs' Motion, supporting declarations, and the governing law. Accordingly, it is hereby ORDERED:

Plaintiffs' Motion for Expedited Discovery is **GRANTED** as follows.

Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas to obtain information regarding Defendants' true identities, locations, and the scope of the alleged counterfeiting scheme from (1) Wells Fargo Bank, N.A.; (2) Deutsche Bank Trust Company Americas; (3) First Century Bank, N.A.; (4) Payoneer Global Inc.; (5) PingPong Global Solutions Inc.; (6) LianLian Pay Corporation; and (7) any email service providers that are linked with the Defendants. To the extent Plaintiffs identify additional third parties in subpoena responses as having responsive information related to the identity or location of Defendants or other bad actors responsible for the fraudulent takedown scheme alleged in the Complaint, Plaintiffs will seek leave from the Court to serve additional Rule 45 subpoenas on those third parties.

**IT IS SO ORDERED** this _____ day of _____, 2023.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP
*Attorneys for Plaintiffs*

*s/ Brian D. Buckley*

Brian D. Buckley (WSBA No. 26423)
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:     206.389.4515
Facsimile:     206.389.4511
Email: bbuckley@fenwick.com