UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC, *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>VIVCIC, *et al.*,<br><br>               Defendants. | Case No. C23-486-JHC-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This matter is before the Court on Plaintiffs' status report. (Dkt. # 21.) Plaintiffs request an additional 120 days to continue efforts to identify Defendants. (*Id.* at 4-5.) Recognizing that Plaintiffs are still awaiting third-party discovery to do so, the Court grants Plaintiffs' request. Within 120 days of the date this Order is signed, Plaintiffs are ORDERED to file an amended complaint and serve Defendants or move for alternative service.

Dated this 28th day of November, 2023.

                                                Ravi Subramanian
                                                Clerk of Court

                                                By: Tim Farrell
                                                     Deputy Clerk

MINUTE ORDER - 1