The Honorable John H. Chun
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and entities doing business as the Amazon Brand Registry Account VIVCIC; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00486-JCH-MLP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF DEADLINES |

THIS MATTER came before the Court on the request by Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Plaintiffs") to extend the deadline by 60 days to (1) file an Amended Complaint, and (2) either file a motion for alternative service, or file a status report informing the Court of Amazon's effort to serve foreign defendants through the Hague Convention. The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs' request to extend these deadlines.

SO ORDERED this 28th day of March, 2024.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS'
REQUEST FOR EXTENSION OF DEADLINES - 1
(2:23-cv-00486-JCH-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1
2   Presented by:
3   DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Plaintiffs*
4
5   *s/ Scott R. Commerson*
    Scott R. Commerson, WSBA #58085
    865 South Figueroa Street, Suite 2400
6   Los Angeles, CA 90017-2566
    Tel: (213) 633-6800
7   Fax: (213) 633-6899
    Email: scottcommerson@dwt.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER GRANTING PLAINTIFFS'
REQUEST FOR EXTENSION OF DEADLINES - 2
(2:23-cv-00486-JCH-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax