UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC, *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>VIVCIC, *et al.*,<br><br>                Defendants. | Case No. C23-486-JHC-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

To obtain a court order for alternative service under Fed. R. Civ. P. 4(f)(3), a plaintiff must "demonstrate that the facts and circumstances of the present case necessitated the district court's intervention." *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir. 2002). Here, Plaintiffs indicate third-party discovery disclosed "potential physical addresses for Defendants in China" but "Plaintiffs' investigators were not able to confirm that Defendants were located at any of the addresses, or that the addresses were related to any fraudulent activity." (Commerson Decl. (dkt. # 36) at ¶ 4.) Plaintiffs do not explain any steps they took to confirm Defendants were located at or otherwise associated with the addresses. Plaintiffs have

MINUTE ORDER - 1

provided no information to conclude the addresses are not associated with Defendants. The Court is thus unable to determine at this point whether circumstances necessitate the Court's intervention. Accordingly, the Court ORDERS Plaintiffs to file a supplemental declaration with the necessary information by **June 11, 2024**.

Dated this 4th day of June, 2024.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2