AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation<br><br>*Plaintiff(s)*<br>v.<br>YAN LI, an individual; and XIWEI CHEN, an individual; and DOES 1-10<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:23-cv-00486-JHC-MLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* XIWEI CHEN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Davis Wright Tremaine LLP
> Lauren Rainwater
> 920 Fifth Avenue, Suite 3300
> Seattle, WA 98104
> laurenrainwater@dwt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/16/2024

K. Albert

*Signature of Clerk or Deputy Clerk*

Civil Action No.  2:23-cv-00486-JHC-MLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

The Honorable John H. Chun
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware
corporation; and AMAZON.COM SERVICES
LLC, a Delaware limited liability company,

        Plaintiffs,

    v.

YAN LI, an individual; and XIWEI CHEN, an
individual; and DOES 1-10,

        Defendants.

No. 2:23-cv-00486-JHC-MJP

**CERTIFICATE OF SERVICE**

I certify that on June 20, 2024, I caused to be served true and correct copies of the:

1. Civil Cover Sheet (Dkt. 1-1);

2. First Amended Complaint for Damages and Equitable Relief (Dkt. 30);

3. Ex. A to First Amended Complaint for Damages and Equitable Relief (Dkt. 30-1);

4. Summons for Xiwei Chen (Dkt. 32);

5. Summons for Yan Li (Dkt. 32); and

6. Order Granting Plaintiffs' *Ex Parte* Motion for Alternative Service (Dkt. 40)

via RPost, per the Court's Order Authorizing Alternative Service (Dkt. 40) to the following

Defendants via the email addresses listed below:

- Defendant Yan Li: yolandayan123@outlook.com; and 272708976@qq.com

CERTIFICATE OF SERVICE - 1
(2:23-cv-00486-JHC-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

- Defendant Xiwei Chen: yolandayan123@outlook.com; and 1873154782@qq.com.

RPost confirmed delivery of the service emails without any error notices or bounce back messages.

DATED this 20th day of June, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott Commerson
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

CERTIFICATE OF SERVICE - 2
(2:23-cv-00486-JHC-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax