The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>YAN LI, an individual; and XIWEI CHEN, an individual; and DOES 1-10,<br><br>　　　　Defendants. | No. 2:23-cv-00486-JHC-MJP<br><br>**[PROPOSED] CLERK'S ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc., and Amazon.com Services LLC's Motion for Entry of Default (the "Motion") against Defendants Yan Li and Xiwei Chen (collectively, "Defendants").

The Court, having considered the Motion, the governing law, and being fully advised, finds Defendants have not filed a responsive pleading to the First Amended Complaint (Dkt. 30), which they were required to do by July 11, 2024, in accordance with Federal Rule of Civil Procedure 12(a)(1)(A)(i).

Accordingly, it is hereby ORDERED that Defendants Yan Li and Xiwei Chen are in default.

[PROPOSED] CLERK'S ORDER GRANTING
MOTION FOR ENTRY OF DEFAULT- 1
(2:23-cv-00486-JHC-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

SO ORDERED this _____ day of _____, 2024.

_____
CLERK OF COURT

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] CLERK'S ORDER GRANTING
MOTION FOR ENTRY OF DEFAULT- 2
(2:23-cv-00486-JHC-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax