UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>YAN LI, et al.,<br><br>                Defendants. | CASE NO. C23-0486JHC<br><br>ORDER OF DEFAULT |

      THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc., and Amazon.com Services LLC's Motion for Entry of Default (the "Motion") against Defendants Yan Li and Xiwei Chen (collectively, "Defendants").

      The Court, having considered the Motion, the governing law, and being fully advised, finds Defendants have not filed a responsive pleading to the First Amended Complaint (Dkt. 30), which they were required to do by July 11, 2024, in accordance with Federal Rule of Civil Procedure 12(a)(1)(A)(i).

//

//

MINUTE ORDER - 1

Accordingly, it is hereby ORDERED that Defendants Yan Li and Xiwei Chen are in default.

Dated this 30th day of July 2024.

<u>Ravi Subramanian</u>
Clerk

<u>*/s/Ashleigh Drecktrah*</u>
Deputy Clerk

MINUTE ORDER - 2