The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>YAN LI, an individual; and XIWEI CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00486-JHC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' PLAINTIFFS'** *EX PARTE* **MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS** |

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants brought by Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC, (collectively, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 4,700 words.

SO ORDERED this _____ day of _____, 2024.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-00486-JHC)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1 | Presented by:

2 | DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*
3

4 | *s/ Scott Commerson*
Scott Commerson, WSBA #58085
5 | 865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
6 | Tel: (213) 633-6890
Fax: (213) 633-6899
7 | Email: scottcommerson@dwt.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 2
(2:23-cv-00486-JHC)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax