1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15
16

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>               Plaintiffs,<br><br>    v.<br><br>YAN LI, an individual; and XIWEI CHEN, an individual; and DOES 1-10,<br><br>               Defendants. | No. 2:23-cv-00486-JHC<br><br>ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS |

17    THIS MATTER comes before the Court on Plaintiffs' *Ex Parte* Motion to File Over-

18  length Motion for Default Judgment and Permanent Injunction Against Defendants, pursuant to

19  Local Civil Rule 7(f).  Dkt. # 45.  The Court, having considered the Motion and finding good

20  cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction

21  not to exceed 4,700 words.

22    DATED this 18th day of September, 2024.

23
24
25                                     _____
                                       JOHN H. CHUN
                                       UNITED STATES DISTRICT JUDGE
26
27