1

2

3

4

5

6

The Honorable John H. Chun

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

AMAZON.COM, INC., a Delaware
corporation; and AMAZON.COM SERVICES
LLC, a Delaware limited liability company,

Plaintiffs,

v.

YAN LI, an individual; and XIWEI CHEN, an
individual; and DOES 1-10,

Defendants.

No. 2:23-cv-00486-JHC

**DECLARATION OF SCOTT
COMMERSON IN SUPPORT OF
PLAINTIFFS' *EX PARTE* MOTION
FOR DEFAULT JUDGMENT AND
PERMANENT INJUNCTION AGAINST
DEFENDANTS**

17

I, Scott Commerson, declare and state as follows:

18

1.      I am a Partner at the law firm Davis Wright Tremaine LLP, which represents

19

Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") in the

20

above-entitled litigation. I am over 18 years of age. The statements made below are true to the

21

best of my knowledge and belief. I make them in support of Plaintiffs' Ex Parte Motion for

22

Default Judgment and Permanent Injunction against Defendants Yan Li ("Li") and Xiwei Chen

23

("Chen").

24

2.      On March 30, 2023, Amazon filed the Complaint, which alleged claims against

25

the Doe Defendants who were responsible for using a trademark registration from the European

26

Union Intellectual Property Office ("EUIPO") for the mark "Vivcic"[1] to create an Amazon

27

---

[1] EUIPO trademark filing number 018292374 (the "Vivcic Trademark").

DECLARATION OF SCOTT COMMERSON - 1
(2:23-cv-00486-JHC)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Brand Registry[2] account, which they then abused to submit fraudulent takedown notices to target and remove content from product listings in the Amazon.com store ("Amazon Store"). Dkt. 1.

**Amazon Identifies Defendants Through Discovery, Files Amended Complaint, and Serves Defendants.**

3.       In an effort to identify and locate the individuals or entities responsible for the Vivcic Brand Registry Account, Amazon served third-party subpoenas on service providers that (1) were linked to the Vivcic Brand Registry Account, and/or (2) were linked to the Cunq Ylo selling account (the "Cunq Ylo Selling Account"), which Defendants used to create the Vivcic Brand Registry Account.[3] The subpoena targets included PingPong Global Solutions, Inc. ("PingPong"), a payment service processer that was linked to the Cunq Ylo Selling Account.

4.       Discovery from PingPong uncovered Defendant Li's and Defendant Chen's responsibility for the Vivcic Brand Registry Account. PingPong hosted two virtual bank accounts that were used by the operators of the Cunq Ylo Selling Account to receive and transfer proceeds from their sale of products in the Amazon Store. PingPong's production disclosed that both Defendant Li and Defendant Chen had registered a PingPong account linked to the Cunq Ylo Selling Account. Based on Defendants control over the financial accounts that were registered to receive, and did receive, disbursements from the Cunq Ylo Selling Account, it is reasonable to infer that Defendants Li and Chen controlled both the Cunq Ylo Selling Account, and the Vivcic Brand Registry Account that was linked to the Cunq Ylo Selling Account.

5.       Based on the information Amazon uncovered in its investigation, Amazon filed a First Amended Complaint on May 15, 2014, that named Defendants Li and Chen. Dkt. 30.

6.       On May 28, 2024, Amazon moved for permission to serve Defendants via email, and the Court granted that Motion on June 13, 2024. Dkt. 40. Amazon successfully served the Summons and First Amended Complaint on Defendants via email on June 20, 2024. Dkts. 41-42.

---

[2] The Amazon Brand Registry account bearing the account number 1410247, for which the Vivcic Trademark was added on or about August 13, 2021 (the "Vivcic Brand Registry Account").

[3] As explained in the concurrently-filed Declaration of Ong Qui Yin ("Ong Declaration"), a selling account owner can link their Brand Registry account to their selling account. Amazon's records disclosed that the owners of the Vivcic Brand Registry account linked that account to the Cunq Ylo Selling Account at the time of opening.

7.      After Defendants failed to respond or otherwise appear in the action, Amazon moved for entry of default (Dkt. 43), which the Court entered on July 26, 2024. Dkt. 44.

8.      Since the Court entered default on July 30, 2024, Defendants have not appeared or filed anything in this case and have not contacted Amazon.

**Amazon's Reasonable Attorneys' Fees and Costs.**

9.      As part of its duties and standard practices, DWT keeps regular records regarding the hours worked by attorneys on legal matters. Attached as **Exhibit A** is a true and correct copy of DWT's time records for services rendered for this lawsuit from January 16, 2024 through August 16, 2024 by myself, DWT associates Adam Sgro and Joseph Elie-Meyers, and DWT attorneys Drew Anderson and Christopher Smith. These attorneys and I have been the primary attorneys working on this case.[4] I have redacted portions of certain entries to protect the attorney-client privilege.

10.      As identified in Exhibit A, DWT's work on this lawsuit included following up on third-party subpoenas filed by Amazon's prior litigation counsel, drafting an Amended Complaint, and conducting motions practice, including drafting a motion for alternative service, a motion for entry of default, and the instant motion for default judgment.

11.      The attorneys' fees we are seeking to recover total $44,226. This number represents the time that Adam Sgro, Joseph Elie-Meyers, Drew Anderson, Christopher Smith, and I expended on this lawsuit, multiplied by our reasonable hourly rates. Notably, Amazon's fees request represents only a fraction of the total attorneys' fees that were actually expended on this case, as we are not seeking to recover the fees of the prior law firm that worked on this case.

12.      I am a partner in DWT's Los Angeles office. I have been practicing law since my graduation from University of Virginia School of Law in 2003. More information concerning my experience and qualifications is available at https://www.dwt.com/people/c/commerson-scott-r.

---

[4] A prior law firm, Fenwick & West LLP ("Fenwick"), drafted the initial Complaint in this action and conducted discovery before DWT substituted into the case in January 2024. Amazon is not seeking to recover Fenwick's fees.

DECLARATION OF SCOTT COMMERSON - 3
(2:23-cv-00486-JHC)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

My 2024 standard billing rate is $990. I am admitted to practice before the Washington Bar and the California Bar.

13.     Adam Sgro is an associate in DWT's New York office. He has been practicing law since his graduation from Fordham University School of Law in 2014. More information concerning his experience and qualifications is available at https://www.dwt.com/people/s/sgro-adam. His 2024 standard billing rate is $815 per hour.

14.     Joseph Elie-Meyers is an attorney in DWT's Los Angeles office. He has been practicing law since his graduation from the University of Yale Law School in 2018. His 2024 standard billing rate is $725 per hour. More information concerning his experience and qualifications is available at https://www.dwt.com/people/e/elie-meyers-joseph.

15.     Drew Anderson is an attorney in DWT's Los Angeles office. He has been practicing law since his graduation from USC Law School in 2012. His 2024 standard billing rate is $300 per hour.

16.     Christopher Smith is an attorney in DWT's Los Angeles office. He has been practicing law since his graduation from the University of Iowa College of Law in 2004. His 2024 standard billing rate is $295 per hour.

17.     Courts in the Western District of Washington have found DWT's standard billing rates to be reasonable, including specifically my standard billing rate. *See, e.g.*, *Amazon.com, Inc. v. Wong*, 2022 WL 1092518, at *2 (W.D. Wash. 2022) (finding DWT's standard rates reasonable, including $785 per hour for myself, and $535 per hour for DWT associates, because such rates are "comparable to those prevailing in the community for similar work performed by attorneys of comparable skill, experience, and reputation") (internal quotation marks omitted).

18.     Since the Court entered default on July 30, 2024, Defendants Li and Chen have not appeared or filed any papers in this case and have not contacted Amazon.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF SCOTT COMMERSON - 4
(2:23-cv-00486-JHC)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

EXECUTED this 19th day of September, 2024 at Los Angeles, California.

_____
Scott Commerson

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax