# EXHIBIT A

| Date | Timekeeper | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|
| 1/16/2024 | Commerson, Scott | 0.60 | $990 | $594.00 | Confer with J. Goldmark and follow up with ▮ regarding ▮ |
| 1/18/2024 | Commerson, Scott | 0.20 | $990 | $198.00 | Confer regarding discovery status in ▮ cases and next steps |
| 1/24/2024 | Anderson, Drew | 0.10 | $300 | $30.00 | Correspondence with Fenwick contact regarding email chains with PingPong |
| 1/24/2024 | Anderson, Drew | 0.10 | $300 | $30.00 | Correspond with T. Cole regarding emails received from Fenwick |
| 1/25/2024 | Anderson, Drew | 0.10 | $300 | $30.00 | Correspondence with PingPong counsel regarding outstanding subpoena |
| 1/30/2024 | Anderson, Drew | 0.10 | $300 | $30.00 | Correspondence with A. Sgro and PingPong counsel regarding outstanding subpoenas |
| 2/2/2024 | Anderson, Drew | 0.10 | $300 | $30.00 | Correspond with PingPoing counsel regarding subpoena response |
| 2/5/2024 | Anderson, Drew | 0.10 | $300 | $30.00 | Correspondence with A. Sgro and PingPong counsel regarding subpoena response |
| 2/8/2024 | Sgro, Adam | 0.10 | $815 | $81.50 | Draft emails regarding Subpoena responses and identifying bad actors |
| 2/9/2024 | Sgro, Adam | 0.30 | $815 | $244.50 | Draft emails regarding Subpoena responses and identifying bad actors |
| 2/15/2024 | Commerson, Scott | 0.40 | $990 | $396.00 | Discuss Complaint strategy |
| 2/27/2024 | Anderson, Drew | 0.10 | $300 | $30.00 | Correspondence with A. Sgro and PingPong counsel regarding subpoena response |
| 3/2/2024 | Sgro, Adam | 4.60 | $815 | $3,749.00 | Draft amended complaint |
| 3/3/2024 | Commerson, Scott | 1.50 | $990 | $1,485.00 | Review and revise First Amended Complaint |
| 3/4/2024 | Commerson, Scott | 0.80 | $990 | $792.00 | Confer with A. Sgro regarding revisions to Amended Complaint and follow up with client regarding questions on potential claims in ▮ cases |
| 3/4/2024 | Sgro, Adam | 0.30 | $815 | $244.50 | Draft emails regarding CN investigation into targets |
| 3/4/2024 | Sgro, Adam | 1.20 | $815 | $978.00 | Revise Amended complaint |
| 3/5/2024 | Commerson, Scott | 1.30 | $990 | $1,287.00 | Further review and revise Complaint and confer with A. Sgro (1.0); follow up with J. Elie-Meyer regarding research into CPA claims and injunctive relief (0.3) |
| 3/6/2024 | Anderson, Drew | 0.20 | $300 | $60.00 | Correspond with A. Sgro and PingPong regarding subpoena response |
| 3/6/2024 | Commerson, Scott | 2.10 | $990 | $2,079.00 | Review law on preemption issue and review research by J. Elie-Meyer (1.2); confer with ▮ and team regarding changes to ▮ complaints (0.9) |
| 3/6/2024 | Sgro, Adam | 0.10 | $815 | $81.50 | Draft emails regarding CN investigation into targets |
| 3/6/2024 | Sgro, Adam | 2.50 | $815 | $2,037.50 | Revise Amended complaint, calls regarding complaints |
| 3/7/2024 | Commerson, Scott | 0.20 | $990 | $198.00 | Confer regarding further investigation into Defendants |
| 3/13/2024 | Elie-Meyers, Joseph | 3.80 | $725 | $2,755.00 | Prepare motion for continuance (2.5); prepare Declaration of S. Commerson ISO same (1.3) |
| 3/14/2024 | Commerson, Scott | 1.00 | $990 | $990.00 | Review and revise status report and request for extension and confer regarding same |
| 3/14/2024 | Elie-Meyers, Joseph | 2.00 | $725 | $1,450.00 | Revise motion for continuance (1.5); revise Declaration of S. Commerson ISO same (0.5). |
| 3/15/2024 | Commerson, Scott | 0.60 | $990 | $594.00 | Review and revise status report, declaration, and proposed order |

| Date | Timekeeper | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|
| 3/15/2024 | Elie-Meyers, Joseph | 2.00 | $725 | $1,450.00 | Revise status report (0.6) and accompanying Declaration of S. Commerson (1.4) |
| 3/21/2024 | Commerson, Scott | 0.20 | $990 | $198.00 | Follow up with client regarding status report |
| 3/22/2024 | Commerson, Scott | 0.40 | $990 | $396.00 | Update status report and circulate to client |
| 4/15/2024 | Commerson, Scott | 0.20 | $990 | $198.00 | Discuss Amended Complaint strategy with A. Sgro and ███ |
| 4/18/2024 | Sgro, Adam | 1.50 | $815 | $1,222.50 | Draft emails amended complaint |
| 4/19/2024 | Commerson, Scott | 0.40 | $990 | $396.00 | Edit Amended Complaint and confer with A. Sgro |
| 4/19/2024 | Sgro, Adam | 0.30 | $815 | $244.50 | Revise Amended complaint |
| 4/22/2024 | Sgro, Adam | 0.40 | $815 | $326.00 | Revise Amended complaint |
| 5/7/2024 | Sgro, Adam | 0.50 | $815 | $407.50 | Revise Amended complaint |
| 5/9/2024 | Commerson, Scott | 0.30 | $990 | $297.00 | Attention to updated draft Complaint and confer with A. Sgro |
| 5/10/2024 | Sgro, Adam | 0.40 | $815 | $326.00 | Revise Amended complaint |
| 5/13/2024 | Sgro, Adam | 2.90 | $815 | $2,363.50 | Revise Amended complaint and call with C. Smith regarding service motion |
| 5/13/2024 | Smith, Christopher | 0.90 | $295 | $265.50 | Meeting with A. Sgro regarding case background and motion for alternative service; study case file in preparation for same; draft motion for alternative service and supporting declarations and filing documents |
| 5/14/2024 | Sgro, Adam | 0.20 | $815 | $163.00 | Revise Amended complaint and call with C. Smith regarding service motion |
| 5/15/2024 | Sgro, Adam | 0.60 | $815 | $489.00 | Prepare Amended complaint for filing |
| 5/15/2024 | Smith, Christopher | 2.30 | $295 | $678.50 | Study case file in preparation for drafting motion for alternative service; draft motion for alternative service and supporting declarations and filing documents |
| 5/16/2024 | Smith, Christopher | 6.20 | $295 | $1,829.00 | Study case file in preparation for drafting motion for alternative service; draft motion for alternative service and supporting declarations and filing documents |
| 5/17/2024 | Sgro, Adam | 2.40 | $815 | $1,956.00 | Revise motion for alternative service |
| 5/17/2024 | Smith, Christopher | 0.50 | $295 | $147.50 | Draft motion for overlength brief and proposed order |
| 5/21/2024 | Commerson, Scott | 0.10 | $990 | $99.00 | Confer regarding revisions to alternative service motion |
| 5/21/2024 | Smith, Christopher | 1.60 | $295 | $472.00 | Update motion for alternative service from S. Commerson comments and edits; update supporting declarations from same; communications with A. Sgro regarding same |
| 5/22/2024 | Commerson, Scott | 0.20 | $990 | $198.00 | Review draft motion and confer with A. Sgro regarding edits |
| 5/22/2024 | Sgro, Adam | 1.80 | $815 | $1,467.00 | Revise motion for alt service |
| 5/23/2024 | Commerson, Scott | 0.20 | $990 | $198.00 | Confer regarding motion |
| 5/23/2024 | Sgro, Adam | 1.50 | $815 | $1,222.50 | Revise motion for alt service |
| 5/28/2024 | Commerson, Scott | 0.30 | $990 | $297.00 | Confer regarding revisions to declaration and motion |
| 5/28/2024 | Sgro, Adam | 1.10 | $815 | $896.50 | Revise motion for alternative service based on client comments |

| Date | Timekeeper | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|
| 5/28/2024 | Sgro, Adam | 0.20 | $815 | $163.00 | Revise motion for alt service |
| 6/4/2024 | Commerson, Scott | 0.80 | $990 | $792.00 | Review order on motion for alternative service, confer with A. Sgro, and review and revise supplemental declaration |
| 6/4/2024 | Sgro, Adam | 1.20 | $815 | $978.00 | Draft supplemental declaration for alternative service |
| 6/5/2024 | Commerson, Scott | 0.60 | $990 | $594.00 | Review and revise supplemental declaration and confer with A. Sgro and ▇ |
| 6/5/2024 | Sgro, Adam | 0.90 | $815 | $733.50 | Draft supplemental declaration for alternative service |
| 6/10/2024 | Sgro, Adam | 0.30 | $815 | $244.50 | Draft supplemental declaration for alternative service |
| 6/13/2024 | Commerson, Scott | 0.30 | $990 | $297.00 | Review order granting alternative service |
| 6/13/2024 | Sgro, Adam | 0.70 | $815 | $570.50 | Draft email regarding order on alternative service |
| 6/20/2024 | Sgro, Adam | 0.10 | $815 | $81.50 | Draft email regarding order on alternative service |
| 7/24/2024 | Smith, Christopher | 0.90 | $295 | $265.50 | Draft motion for entry of default and proposed order |
| 7/26/2024 | Commerson, Scott | 0.10 | $990 | $99.00 | Review motion for entry of default |
| 7/26/2024 | Sgro, Adam | 0.30 | $815 | $244.50 | Revise motion for entry of default |
| 8/7/2024 | Commerson, Scott | 0.30 | $990 | $297.00 | Confer regarding default judgement motion and strategy |
| 8/16/2024 | Commerson, Scott | 0.20 | $990 | $198.00 | Confer regarding default judgment motion |
| | **TOTALS** | **60.80** | | **$44,266.00** | |