The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>YAN LI, an individual; and XIWEI CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00486-JHC<br><br>**DECLARATION OF ONG QIU YI IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **MOTION FOR DEFAULT JUDGMENT, AND PERMANENT INJUNCTION AGAINST DEFENDANTS** |

I, Ong Qiu Yi, declare as follows:

1. I am over the age of 18 and competent to testify to the matters stated herein. I have been employed by Amazon.com, Inc. ("Amazon"), or its subsidiaries, since 2017. I have personal knowledge of the facts in this declaration or have acquired this knowledge through my review of records kept in the regular course of business. The statements made below are true to the best of my knowledge and belief. I make them in support of Plaintiffs' *Ex Parte* Motion for Default Judgment, and Permanent Injunction against Defendants Yan Li and Xiwei Chen.

2. My current role is Senior Risk Manager for the Amazon Counterfeit Crimes Unit where I am responsible for investigating bad actors suspected of selling counterfeit products in the Amazon's stores. Before this role, I was a Senior Risk Manager for Customer Brand Protection. The Amazon Counterfeit Crimes Unit is a global team dedicated to pursuing bad

DECLARATION OF ONG QIU YI - 1
(2:23-cv-00486-JHC)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

actors and holding them accountable to the fullest extent of the law, including by referring them to law enforcement and by pursuing civil lawsuits.

3. Amazon has developed a suite of intellectual property-protection mechanisms for rightsholders to submit requests for the removal of content that the rightsholders believe violates their intellectual property rights. One of Amazon's intellectual property-protection services is Amazon Brand Registry, which provides brands who enroll with access to advanced capabilities to find and report copyright and trademark infringement violations in the Amazon.com store (the "Amazon Store.") Amazon also invests heavily to protect its third-party selling partners and to ensure that Amazon's intellectual property-protection measures are not abused by bad actors, so that listings of non-infringing products remain active and available for purchase by Amazon customers.

4. In order to create an Amazon Brand Registry account, rightsholders must demonstrate that they have an active trademark registration or, in some circumstances, a pending trademark application, with an eligible government trademark office, including without limitation the United States Patent and Trademark Office ("USPTO") and the European Union Intellectual Property Office ("EUIPO"). Amazon's records reflect that on or about August 13, 2021, an Amazon Brand Registry account that bore the unique account number 1410247, was created through submission of the EUIPO trademark registration for the mark "Vivcic"[1] (the "Vivcic Brand Registry Account").

5. While an applicant for an Amazon Brand Registry account is not required to own or operate a selling account in the Amazon Store, a selling account owner can link their Brand Registry account to their selling account. Amazon's subsequent investigation revealed that the operators of the Cunq Ylo selling account ("Cunq Ylo Selling Account") had linked that Selling Account to the Vivcic Brand Registry Account when they opened the Vivcic Brand Registry Account.

---

[1] EUIPO trademark filing number 018292374.

DECLARATION OF ONG QIU YI - 2
(2:23-cv-00486-JHC)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

6. Amazon's investigation revealed that the Vivcic Brand Registry Account submitted at least 59 fraudulent notices of copyright infringement between the dates of August 17, 2021 and September 14, 2021. Amazon initially accepted at least five of the Vivcic Brand Registry Account's fraudulent notices of copyright infringement.

7. In reliance on Defendants' fraudulent notices of infringement, Amazon expeditiously acted and temporarily removed content from product listings Defendants identified in their complaints.[2] Defendants' fraudulent notices of infringement harmed Amazon because they abused Amazon's notice-and-takedown procedures by asserting false assertions of infringement, in order to temporarily remove product listings in the Amazon Store.

8. Specifically, Defendants' deceptive conduct caused Amazon to spend numerous hours of employee time investigating and attempting to remediate the harm from Defendants' scheme. When Amazon becomes aware of fraudulent notices of infringement, it takes steps to remediate the harm (including by identifying and reversing any enforcement actions taken based on the fraudulent removal requests, such as restoring content and listings), and also takes enforcement action against bad actors operating the Amazon Brand Registry Accounts who submitted such false notices. These actions are necessary to maintain the integrity of Amazon's stores.

9. Although Amazon has not quantified the time it has taken Amazon to investigate and take remedial and enforcement action related to Defendants' illicit scheme, Amazon's expenditure of employee time and therefore monetary resources has been substantial.

10. In addition, Defendants' conduct has harmed, and will continue to harm if it persists, Amazon's reputation, goodwill, and the trust Amazon has earned with brand owners, customers, and selling partners. Fraudulent takedown notices result in non-infringing listings and content being removed from the Amazon Store, harming selling partners and customers who are, at least temporarily, unable to sell or buy the products in such listings. Fraudulent takedowns thus may cause selling partners and customers to lose confidence in the Amazon Store, making

---

[2] Amazon restored the product listings after determining that the notices of infringement were false.

DECLARATION OF ONG QIU YI - 3
(2:23-cv-00486-JHC)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

them less likely to do business with Amazon in the future. Further, when Amazon's notice and takedown system is abused by bad actors removing non-infringing listings, Amazon's resources are diverted from addressing actual infringing listings.

11.  In sum, Defendants' illicit conduct has inflicted harm on Amazon's brand, goodwill, reputation, and relationships with customers and selling partners. Such harm is significant, but hard to calculate or quantify.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 19th day of September, 2024 in Singapore.

_____
ONG QIU YI

DECLARATION OF ONG QIU YI - 4
(2:23-cv-00486-JHC)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax