# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company<br><br>Plaintiffs,<br>v.<br><br>YAN LI, an individual; and XIWEI CHEN, an individual; and DOES 1-10<br>Defendants | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-00486-JHC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. Plaintiffs' Motion for Default Judgment, Dkt. # 47, is GRANTED.

2. The Plaintiffs are AWARDED reasonable attorneys' fees of $44,226.00 under 17 U.S.C. § 512(f).

3. Defendants are permanently ENJOINED and RESTRAINED from:

    a. Submitting to Amazon any takedown notifications based on false assertions of rights of copyright ownership by any means or otherwise violating 17 U.S.C. § 512(f), whether as written submissions, through the "Report Infringement" form, or using the "Report a Violation" tool;

  b. enrolling or attempting to enroll in Amazon Brand Registry; and

  c. assisting, aiding, or abetting any other person or entity in engaging or performing any of the activities referred to in subparagraphs (a) through (b) above.

Dated this 23rd day of September 2024.

           <u>Ravi Subramanian</u>
           Clerk of Court

           <u>*/s/Ashleigh Drecktrah*</u>
           Deputy Clerk